IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 4:16-cr-00008-RRB |
| THOMAS DAVID WHOLECHEESE, | |
| Defendant. | |

## DECLARATION OF JAMES KLUGMAN

I, James Klugman, declare and state as follows:

1. Upon receiving the motion for compassionate release in this case, the U.S. Attorney's Office requested information about the defendant from the Bureau of Prisons.

2. The Bureau of Prisons provided the defendant's institutional medical records, which are attached to the government's response. They reflect that he was diagnosed with COVID-19 on April 26, 2020.

3. The Bureau of Prisons further confirmed that, as of May 29, 2020, its records contained "no compassionate release request, progress report, or reentry plan" pertaining to the defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED June 2, 2020 at Anchorage, Alaska.

                                              BRYAN SCHRODER
                                              United States Attorney

                                              /s James Klugman
                                              JAMES KLUGMAN
                                              Assistant United States Attorney
                                              United States of America

U.S. v. Wholecheese
4:16-cr-00008-RRB